UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

George Toliver,

Plaintiff,

v.

Larry Nava, et al.,

Defendants.

Case No. 2:25-cv-02120-GMN-NJK

**ORDER**

[Docket Nos. 8, 11]

Nevada inmate George Toliver brings this pro se civil-rights lawsuit under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while incarcerated at Southern Desert Correctional Center and Casa Grande Transitional Housing. Docket No. 7. On September 23, 2026, the Court issued a screening order that concluded that Plaintiff stated colorable claims and stayed the case for 90 days to provide an opportunity for the parties to discuss settlement. Docket No. 6. The Court also set an inmate early mediation ("IEM") for November 20, 2026. Docket No. 10.

Pending before the Court is a motion to continue the IEM filed by Interested Party the Nevada Department of Corrections ("NDOC"). Docket No. 11. Counsel for NDOC explains that he was only recently assigned this case and that he has not had an opportunity to request relevant NDOC records or to draft a mediation statement. In light of the representations made, the Court VACATES the IEM. As it is not feasible to reset the IEM before the 90-day period provided for the parties to try to settle the case, the Court will not reset the IEM. Instead, the parties must discuss settlement among themselves and NDOC must file the required status report as ordered by December 22, 2026. In light of the above, the Court DENIES as moot the motion to continue the IEM.

Plaintiff also filed what he styled as a motion to grant leave to proceed *in forma pauperis*. Docket No. 8. In the motion Plaintiff asks the Court to review his case. It appears Plaintiff filed this request while the screening order was in the process of being issued and sent to him. As the screening order has issued, the Court DENIES this motion to review the case as moot.

For the foregoing reasons, IT IS ORDERED that the IEM is VACATED.

IT IS FURTHER ORDERED that the NDOC's motion to extend time (Docket No. 11) is DENIED as moot.

IT IS FURTHER ORDERED that counsel for NDOC file a status report on or before December 22, 2026.

IT IS FURTHER ORDERED that Plaintiff's motion to grant leave to proceed *in forma pauperis* (Docket No. 8) is DENIED as moot.

DATED: November 9, 2026

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE